UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 15-3506, 15-3507, 15-3508, 15-3509, 15-3510, 15-3511, 15-3512, 15-3513, 15-3514, 15-3515, 15-3564, 15-3639, 15-3640, 15-3641, 15-3642, 15-3643, 15-3644, 15-3645, 15-3646, 15-3647, 15-3648, 15-3649, 15-3650, 15-3651, 15-3652, 15-3653, 15-3654, 15-3655, 15-3656, 15-3657, 15-3658, 15-3659, 15-3660, 15-4075, 15-4076, 15-4077, and 15-4078**

McMunn v. Babcock & Wilcox Power Generation Group, Inc., et al.

(W.D. Pa. Nos. 2-10-cv-00143, 2-10-cv-00650, 2-10-cv-00368, 2-10-cv-00728, 2-10-cv-00744, 2-10-cv-00908, 2-10-cv-01736, 2-11-cv-00898, 2-11-cv-01381, 2-12-cv-01459, 2-12-cv-01221, 2-13-cv-00186, 2-13-cv-00704, 2-13-cv-01527, 2-13-cv-00639)

To:     Clerk

1) Letter from Counsel, which is construed as a joint motion for an extended briefing schedule

---

The four most recent appeals filed by the Apollo Facility Plaintiffs, Nos. 15-4075, 15-4076, 15-4077, and 15-4078, are hereby consolidated for all purposes with the prior set of appeals filed by the Apollo Facility Plaintiffs, Nos. 15-3506, 15-3507, 15-3508, 15-3509, 15-3510, 15-3511, 15-3512, 15-3513, 15-3514, 15-3515 & 15-3564. Appeal No. 15-3506 shall continue to be designated the lead case for the Apollo Facility Plaintiffs appeals.

The briefing schedule previously issued in this consolidated proceeding is hereby vacated. The foregoing joint motion for an extended briefing schedule is granted as follows:

The first-step brief and joint appendix by Appellants/Cross-Appellees Apollo Facility Plaintiffs shall be filed and served on or before March 18, 2016;

The second-step briefs for Appellees/Cross-Appellants Atlantic Richfield and Babcock & Wilcox shall be filed and served on or before May 12, 2016;

The third-step brief, which is the reply brief by Appellants/Cross-Appellees Apollo Facility Plaintiffs shall be filed and served on or before June 17, 2016; and

The fourth-step brief, which are the reply briefs by Appellees/Cross-Appellants Atlantic Richfield and Babcock & Wilcox, shall be filed and served on or before July 15, 2016.

For the Court,

s/ Marcia M. Waldron
Clerk


Dated:      January 20, 2016
tyw/cc:     All counsel of record